Case 1:96-cv-02597-EJW    Document 1    Filed 11/15/1996    Page 1 of 10

January 1, 1984                                          FORM 1

UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 1

96-11-02597

**UNITED STATES COURT OF INTERNATIONAL TRADE**

G-M Sales Co., Inc.

                                        Plaintiff,

v.

UNITED STATES,

                                      Defendant.

**TO:** The Attorney General and the Secretary of the Treasury:     **SUMMONS**

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
Clerk of the Court

**PROTEST**

| Port of Entry: | Laredo (2304) | Date Protest Filed: | 07/07/95 |
|---|---|---|---|
| Protest Number: | 2304-95-100124 | Date Protest Denied: | 11/12/96 |
| Importer: | G-M Sales Co., Inc. | | |
| Category of Merchandise: | Limes | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| A02-0001580-0 | 10/18/93 | 01/21/94 | | | |
| (and 296 additional entries as listed on continuation sheets.) | | | | | |

District Director,
PO Box 3130
Laredo, TX  78044-3130

Robert T. Givens
Givens and Associates  (713) 932-1540
950 Echo Lane, Suite 360
Houston, TX  77024-2788

*Address of Customs District in Which Protest Was Denied*     *Name, Address and Telephone Number of Plaintiff's Attorney*

Page 1

CIT-Original                    - 231 -
RULES SERVICE CO.       COPYRIGHT, 1984          BETHESDA, MD.

UNITED STATES COURT OF INTERNATIONAL TRADE
SCHEDULE OF PROTESTS

2304
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2304-95-100124 | 07/07/95 | 11/12/96 | AQ2-0001615-4 | 10/25/93 | 01/28/94 |
| | | | AQ2-0001621-2 | 10/25/93 | 01/28/94 |
| | | | AQ2-0001649-3 | 10/29/93 | 02/04/94 |
| | | | AQ2-0001713-7 | 11/15/93 | 02/18/94 |
| | | | AQ2-0001828-3 | 12/06/93 | 03/11/94 |
| | | | AQ2-0001843-2 | 12/07/93 | 03/11/94 |
| | | | AQ2-0001874-7 | 12/13/93 | 03/18/94 |
| | | | AQ2-0001890-3 | 12/15/93 | 03/18/94 |
| | | | AQ2-0001897-8 | 12/16/93 | 03/18/94 |
| | | | AQ2-0001908-3 | 12/16/93 | 03/18/94 |
| | | | AQ2-0001916-6 | 12/17/93 | 03/25/94 |
| | | | AQ2-0001924-0 | 12/17/93 | 03/25/94 |
| | | | AQ2-0001939-8 | 12/21/93 | 03/25/94 |
| | | | AQ2-0001966-1 | 12/23/93 | 04/01/94 |
| | | | AQ2-0001981-0 | 12/27/93 | 04/01/94 |
| | | | AQ2-0001989-3 | 12/28/93 | 04/01/94 |
| | | | AQ2-0002030-5 | 01/04/94 | 03/25/94 |
| | | | AQ2-0002038-8 | 01/04/94 | 04/08/94 |
| | | | AQ2-0002039-6 | 01/04/94 | 04/08/94 |
| | | | AQ2-0002067-7 | 01/10/94 | 04/15/94 |
| | | | AQ2-0002116-2 | 01/14/94 | 04/22/94 |
| 2304-95-100125 | 07/07/95 | 11/12/96 | 953-0050023-8 | 08/06/93 | 11/12/93 |
| | | | 953-0050065-9 | 8/11/93 | 11/12/93 |
| | | | 953-0050077-4 | 8/12/93 | 11/12/93 |
| | | | 953-0050084-0 | 8/12/93 | 11/12/93 |
| | | | 953-0050095-6 | 8/12/93 | 11/12/93 |
| | | | 953-0050096-4 | 8/12/93 | 11/12/93 |
| | | | 953-0050099-8 | 8/12/93 | 11/12/93 |
| | | | 953-0050100-4 | 8/12/93 | 11/12/93 |
| | | | 953-0050109-5 | 8/13/93 | 11/19/93 |
| | | | 953-0050110-3 | 8/13/93 | 11/19/93 |
| | | | 953-0050111-1 | 8/13/93 | 11/19/93 |
| | | | 953-0050134-3 | 8/13/93 | 11/19/93 |
| | | | 953-0054019-2 | 8/17/93 | 11/19/93 |
| | | | 953-0054022-6 | 8/18/93 | 11/19/93 |
| | | | 953-0054023-4 | 8/18/93 | 11/19/93 |
| | | | 953-0054029-1 | 8/18/93 | 11/19/93 |
| | | | 953-0054030-9 | 8/18/93 | 11/19/93 |
| | | | 953-0054033-3 | 8/18/93 | 11/19/93 |
| | | | 953-0054036-6 | 8/19/93 | 11/19/93 |
| | | | 953-0054037-4 | 8/19/93 | 11/19/93 |
| | | | 953-0054038-2 | 8/19/93 | 11/19/93 |
| | | | 953-0054048-1 | 8/19/93 | 11/19/93 |
| | | | 953-0054049-9 | 8/19/93 | 11/19/93 |
| | | | 953-0054050-7 | 8/19/93 | 11/19/93 |

45

1-Jan-84  Form 1 (Cont'd)

# UNITED STATES COURT OF INTERNATIONAL TRADE
## SCHEDULE OF PROTESTS

2304
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | 953-0054053-1 | 8/19/93 | 11/19/93 |
| | | | 953-0054052-3 | 8/19/93 | 11/19/93 |
| | | | 953-0054054-9 | 8/19/93 | 11/19/93 |
| | | | 953-0054055-6 | 8/19/93 | 11/19/93 |
| | | | 953-0054061-4 | 8/19/93 | 11/19/93 |
| | | | 953-0054065-5 | 8/19/93 | 11/19/93 |
| | | | 953-0054067-1 | 8/20/93 | 11/26/93 |
| | | | 953-0054068-9 | 8/20/93 | 11/26/93 |
| | | | 953-0054072-1 | 8/20/93 | 11/26/93 |
| | | | 953-0054073-9 | 8/20/93 | 11/26/93 |
| | | | 953-0054077-0 | 8/23/93 | 11/26/93 |
| | | | 953-0054078-8 | 8/23/93 | 11/26/93 |
| | | | 953-0054080-4 | 8/20/93 | 11/26/93 |
| | | | 953-0054096-0 | 8/24/93 | 11/26/93 |
| | | | 953-0054100-0 | 8/25/93 | 11/26/93 |
| | | | 953-0054101-8 | 8/25/93 | 11/26/93 |
| | | | 953-0054105-9 | 8/25/93 | 11/26/93 |
| | | | 953-0054108-3 | 8/26/93 | 11/26/93 |
| | | | 953-0054109-1 | 8/26/93 | 11/26/93 |
| | | | 953-0054110-9 | 8/26/93 | 11/26/93 |
| | | | 953-0054111-7 | 8/26/93 | 11/26/93 |
| | | | 953-0054112-5 | 8/26/93 | 11/26/93 |
| | | | 953-0054113-3 | 8/26/93 | 11/26/93 |
| | | | 953-0054114-1 | 8/26/93 | 11/26/93 |
| | | | 953-0054115-8 | 8/26/93 | 11/26/93 |
| | | | 953-0054116-6 | 8/26/93 | 11/26/93 |
| | | | 953-0054121-6 | 8/26/93 | 11/26/93 |
| | | | 953-0054122-4 | 8/26/93 | 11/26/93 |
| | | | 953-0054123-2 | 8/26/93 | 11/26/93 |
| | | | 953-0054124-0 | 8/26/93 | 11/26/93 |
| | | | 953-0054125-7 | 8/26/93 | 11/26/93 |
| | | | 953-0054128-1 | 8/26/93 | 11/26/93 |
| | | | 953-0054129-9 | 8/26/93 | 11/26/93 |
| | | | 953-0054134-9 | 8/27/93 | 12/3/93 |
| | | | 953-0054135-6 | 8/27/93 | 12/3/93 |
| | | | 953-0054139-8 | 8/27/93 | 12/3/93 |
| | | | 953-0054152-1 | 8/30/93 | 12/3/93 |
| | | | 953-0054157-0 | 9/1/93 | 12/3/93 |
| | | | 953-0054162-0 | 9/1/93 | 12/3/93 |
| | | | 953-0054169-5 | 9/2/93 | 12/3/93 |
| | | | 953-0054172-9 | 9/2/93 | 12/3/93 |
| | | | 953-0054176-0 | 9/2/93 | 12/3/93 |
| | | | 953-0054177-8 | 9/2/93 | 12/3/93 |
| | | | 953-0054180-2 | 9/2/93 | 12/3/93 |
| | | | 953-0054181-0 | 9/2/93 | 12/3/93 |

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**SCHEDULE OF PROTESTS**

2304
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | 953-0054189-3 | 9/7/93 | 12/10/93 |
| | | | 953-0054191-9 | 9/8/93 | 12/10/93 |
| | | | 953-0054192-7 | 9/8/93 | 12/10/93 |
| | | | 953-0054197-6 | 9/9/93 | 12/10/93 |
| | | | 953-0054198-4 | 9/9/93 | 12/10/93 |
| | | | 953-0054202-4 | 9/9/93 | 12/10/93 |
| | | | 953-0054014-3 | 8/17/93 | 12/17/93 |
| | | | 953-0054212-3 | 9/10/93 | 12/17/93 |
| | | | 953-0054213-1 | 9/10/93 | 12/17/93 |
| | | | 953-0054216-4 | 9/10/93 | 12/17/93 |
| | | | 953-0054217-2 | 9/10/93 | 12/17/93 |
| | | | 953-0054222-2 | 9/10/93 | 12/17/93 |
| | | | 953-0054225-5 | 9/10/93 | 12/17/93 |
| | | | 953-0054226-3 | 9/10/93 | 12/17/93 |
| | | | 953-0054231-3 | 9/10/93 | 12/17/93 |
| | | | 953-0054234-7 | 9/10/93 | 12/17/93 |
| | | | 953-0054236-2 | 9/10/93 | 12/17/93 |
| | | | 953-0054240-4 | 9/13/93 | 12/17/93 |
| | | | 953-0054246-1 | 9/13/93 | 12/17/93 |
| | | | 953-0054247-9 | 9/13/93 | 12/17/93 |
| | | | 953-0054255-2 | 9/15/93 | 12/17/93 |
| | | | 953-0054256-0 | 9/14/93 | 12/17/93 |
| | | | 953-0054268-5 | 9/15/93 | 12/17/93 |
| | | | 953-0054275-0 | 9/16/93 | 12/17/93 |
| | | | 953-0054281-8 | 9/17/93 | 12/27/93 |
| | | | 953-0054282-6 | 9/17/93 | 12/27/93 |
| | | | 953-0054283-4 | 9/17/93 | 12/27/93 |
| | | | 953-0054285-9 | 9/17/93 | 12/27/93 |
| | | | 953-0054288-3 | 9/17/93 | 12/27/93 |
| | | | 953-0054289-1 | 9/17/93 | 12/27/93 |
| | | | 953-0054290-9 | 9/17/93 | 12/27/93 |
| | | | 953-0054293-3 | 9/17/93 | 12/27/93 |
| | | | 953-0054294-1 | 9/17/93 | 12/27/93 |
| | | | 953-0054298-2 | 9/17/93 | 12/27/93 |
| | | | 953-0054299-0 | 9/17/93 | 12/27/93 |
| | | | 953-0054304-8 | 9/17/93 | 12/27/93 |
| | | | 953-0054318-8 | 9/22/93 | 12/27/93 |
| | | | 953-0054319-6 | 9/22/93 | 12/27/93 |
| | | | 953-0054324-6 | 9/23/93 | 12/27/93 |
| | | | 953-0054325-3 | 9/23/93 | 12/27/93 |
| | | | 953-0054326-1 | 9/23/93 | 12/27/93 |
| | | | 953-0054331-1 | 9/23/93 | 12/27/93 |
| | | | 953-0054332-9 | 9/23/93 | 12/27/93 |
| | | | 953-0054333-7 | 9/23/93 | 12/27/93 |
| | | | 953-0054337-8 | 9/23/93 | 12/27/93 |

1-Jan-84                                                                                               Form 1 (Cont'd)

# UNITED STATES COURT OF INTERNATIONAL TRADE
## SCHEDULE OF PROTESTS

2304
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | 953-0054338-6 | 9/23/93 | 12/27/93 |
| | | | 953-0054340-2 | 9/23/93 | 12/27/93 |
| | | | 953-0054341-0 | 9/23/93 | 12/27/93 |
| | | | 953-0054343-6 | 9/24/93 | 12/27/93 |
| | | | 953-0054344-4 | 9/24/93 | 12/27/93 |
| | | | 953-0054348-5 | 9/24/93 | 12/27/93 |
| | | | 953-0054350-1 | 9/24/93 | 12/27/93 |
| | | | 953-0054351-9 | 9/24/93 | 12/27/93 |
| | | | 953-0054355-0 | 9/27/93 | 1/3/94 |
| | | | 953-0054360-0 | 9/29/93 | 1/3/94 |
| | | | 953-0054361-8 | 9/29/93 | 1/3/94 |
| | | | 953-0054362-6 | 9/29/93 | 1/3/94 |
| | | | 953-0054363-4 | 9/29/93 | 1/3/94 |
| | | | 953-0054364-2 | 9/30/93 | 1/3/94 |
| | | | 953-0054365-9 | 9/30/93 | 1/3/94 |
| | | | 953-0054366-7 | 9/30/93 | 1/3/94 |
| | | | 953-0054367-5 | 9/30/93 | 1/3/94 |
| | | | 953-0054369-1 | 9/30/93 | 1/3/94 |
| | | | 953-0054370-9 | 9/30/93 | 1/3/94 |
| | | | 953-0054374-1 | 9/30/93 | 1/3/94 |
| | | | 953-0054375-8 | 9/30/93 | 1/3/94 |
| | | | 953-0054376-6 | 9/30/93 | 1/3/94 |
| | | | 953-0054377-4 | 9/30/93 | 1/3/94 |
| | | | 953-0054378-2 | 10/1/93 | 1/7/94 |
| | | | 953-0054379-0 | 10/1/93 | 1/7/94 |
| | | | 953-0054380-8 | 10/1/93 | 1/7/94 |
| | | | 953-0054381-6 | 10/1/93 | 1/7/94 |
| | | | 953-0054382-4 | 10/1/93 | 1/7/94 |
| | | | 953-0054386-5 | 10/1/93 | 1/7/94 |
| | | | 953-0054387-3 | 10/1/93 | 1/7/94 |
| | | | 953-0054389-9 | 10/1/93 | 1/7/94 |
| | | | 953-0054391-5 | 10/1/93 | 1/7/94 |
| | | | 953-0054393-1 | 10/4/93 | 1/7/94 |
| | | | 953-0054395-6 | 10/6/93 | 1/7/94 |
| | | | 953-0054396-4 | 10/6/93 | 1/7/94 |
| | | | 953-0054398-0 | 10/7/93 | 1/7/94 |
| | | | 953-0054399-8 | 10/7/93 | 1/7/94 |
| | | | 953-0054400-4 | 10/7/93 | 1/7/94 |
| | | | 953-0054401-2 | 10/7/93 | 1/7/94 |
| | | | 953-0054404-6 | 10/7/93 | 1/7/94 |
| | | | 953-0054405-3 | 10/7/93 | 1/7/94 |
| | | | 953-0054412-9 | 10/7/93 | 1/7/94 |
| | | | 953-0054413-7 | 10/7/93 | 1/7/94 |
| | | | 953-0054414-5 | 10/7/93 | 1/7/94 |
| | | | 953-0054415-2 | 10/7/93 | 1/7/94 |

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**SCHEDULE OF PROTESTS**

2304
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | 953-0054416-0 | 10/8/93 | 1/14/94 |
| | | | 953-0054417-8 | 10/8/93 | 1/14/94 |
| | | | 953-0054418-6 | 10/8/93 | 1/14/94 |
| | | | 953-0054419-4 | 10/8/93 | 1/14/94 |
| | | | 953-0054420-2 | 10/8/93 | 1/14/94 |
| | | | 953-0054423-6 | 10/12/93 | 1/14/94 |
| | | | 953-0054426-9 | 10/8/93 | 1/14/94 |
| | | | 953-0054427-7 | 10/8/93 | 1/14/94 |
| | | | 953-0054428-5 | 10/12/93 | 1/14/94 |
| | | | 953-0054431-9 | 10/12/93 | 1/14/94 |
| | | | 953-0054433-5 | 10/13/93 | 1/14/94 |
| | | | 953-0054437-6 | 10/14/93 | 1/14/94 |
| | | | 953-0054439-2 | 10/15/93 | 1/21/94 |
| | | | 953-0054445-9 | 10/15/93 | 1/21/94 |
| | | | 953-0054446-7 | 10/15/93 | 1/21/94 |
| | | | 953-0054447-5 | 10/19/93 | 1/21/94 |
| | | | 953-0054448-3 | 10/19/93 | 1/21/94 |
| | | | 953-0054453-3 | 10/21/93 | 1/21/94 |
| | | | 953-0054455-8 | 10/22/93 | 1/28/94 |
| | | | 953-0054457-4 | 10/22/93 | 1/28/94 |
| | | | 953-0054458-2 | 10/22/93 | 1/28/94 |
| | | | 953-0054460-8 | 10/22/93 | 1/28/94 |
| | | | 953-0054462-4 | 10/22/93 | 1/28/94 |
| | | | 953-0054464-0 | 10/22/93 | 1/28/94 |
| | | | 953-0054465-7 | 10/22/93 | 1/28/94 |
| | | | 953-0054467-3 | 10/22/93 | 1/28/94 |
| | | | 953-0054468-1 | 10/22/93 | 1/28/94 |
| | | | 953-0054471-5 | 10/25/93 | 1/28/94 |
| | | | 953-0054476-4 | 10/27/93 | 1/28/94 |
| | | | 953-0054478-0 | 10/27/93 | 1/28/94 |
| | | | 953-0054479-8 | 10/27/93 | 1/28/94 |
| | | | 953-0054482-2 | 10/28/93 | 1/28/94 |
| | | | 953-0054483-0 | 10/28/93 | 1/28/94 |
| | | | 953-0054484-8 | 10/28/93 | 1/28/94 |
| | | | 953-0054485-5 | 10/28/93 | 1/28/94 |
| | | | 953-0054487-1 | 10/28/93 | 1/28/94 |
| | | | 953-0054490-5 | 10/28/93 | 1/28/94 |
| | | | 953-0054492-1 | 10/29/93 | 2/4/94 |
| | | | 953-0054494-7 | 10/29/93 | 2/4/94 |
| | | | 953-0054495-4 | 10/29/93 | 2/4/94 |
| | | | 953-0054496-2 | 10/29/93 | 2/4/94 |
| | | | 953-0054497-0 | 10/29/93 | 2/4/94 |
| | | | 953-0054499-6 | 10/29/93 | 2/4/94 |
| | | | 953-0054500-1 | 11/1/93 | 2/4/94 |
| | | | 953-0054504-3 | 11/2/93 | 2/4/94 |

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**SCHEDULE OF PROTESTS**

2304
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | 953-0054508-4 | 11/3/93 | 2/4/94 |
| | | | 953-0054509-2 | 11/3/93 | 2/4/94 |
| | | | 953-0054514-2 | 11/8/93 | 2/11/94 |
| | | | 953-0054515-9 | 11/8/93 | 2/11/94 |
| | | | 953-0054516-7 | 11/9/93 | 2/11/94 |
| | | | 953-0054517-5 | 11/9/93 | 2/11/94 |
| | | | 953-0054518-3 | 11/9/93 | 2/11/94 |
| | | | 953-0054477-2 | 10/27/93 | 2/18/94 |
| | | | 953-0054522-5 | 11/12/93 | 2/18/94 |
| | | | 953-0054523-3 | 11/12/93 | 2/18/94 |
| | | | 953-0054524-1 | 11/12/93 | 2/18/94 |
| | | | 953-0054525-8 | 11/12/93 | 2/18/94 |
| | | | 953-0054526-6 | 10/30/93 | 2/18/94 |
| | | | 953-0054526-6 | 11/12/93 | 2/18/94 |
| | | | 953-0054527-4 | 11/1/93 | 2/18/94 |
| | | | 953-0054528-2 | 10/30/93 | 2/18/94 |
| | | | 953-0054528-2 | 11/12/93 | 2/18/94 |
| | | | 953-0054533-2 | 11/1/93 | 2/18/94 |
| | | | 953-0054534-0 | 11/1/93 | 2/18/94 |
| | | | 953-0054537-3 | 11/1/93 | 2/18/94 |
| | | | 953-0054538-1 | 11/1/93 | 2/18/94 |
| | | | 953-0054539-9 | 11/1/93 | 2/18/94 |
| | | | 953-0054540-7 | 11/16/93 | 2/18/94 |
| | | | 953-0054541-5 | 11/16/93 | 2/18/94 |
| | | | 953-0054544-9 | 11/19/93 | 2/25/94 |
| | | | 953-0054545-6 | 11/19/93 | 2/25/94 |
| | | | 953-0054546-4 | 11/19/93 | 2/25/94 |
| | | | 953-0054547-2 | 11/19/93 | 2/25/94 |
| | | | 953-0054548-0 | 11/19/93 | 2/25/94 |
| | | | 953-0054549-8 | 11/19/93 | 2/25/94 |
| | | | 953-0054550-6 | 11/22/93 | 2/25/94 |
| | | | 953-0054551-4 | 11/22/93 | 2/25/94 |
| | | | 953-0054552-2 | 11/22/93 | 2/25/94 |
| | | | 953-0054553-0 | 11/22/93 | 2/25/94 |
| | | | 953-0054554-8 | 11/22/93 | 2/25/94 |
| | | | 953-0054556-3 | 11/22/93 | 2/25/94 |
| | | | 953-0054560-5 | 11/24/93 | 2/25/94 |
| | | | 953-0054561-3 | 11/26/93 | 3/4/94 |
| | | | 953-0054565-4 | 11/26/93 | 3/4/94 |
| | | | 953-0054566-2 | 11/26/93 | 3/4/94 |
| | | | 953-0054567-0 | 11/26/93 | 3/4/94 |
| | | | 953-0054568-8 | 11/26/93 | 3/4/94 |

1-Jan-84                                                                       Form 1 (Cont'd)

# UNITED STATES COURT OF INTERNATIONAL TRADE
## SCHEDULE OF PROTESTS

2304
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | 953-0054564-7 | 11/26/93 | 3/4/94 |
| | | | 953-0054583-7 | 12/3/93 | 3/11/94 |
| | | | 953-0054586-0 | 12/6/93 | 3/11/94 |
| | | | 953-0054614-0 | 12/15/93 | 3/18/94 |
| | | | 953-0054617-3 | 12/16/93 | 3/18/94 |
| | | | 953-0054621-5 | 12/16/93 | 3/18/94 |
| | | | 953-0054602-5 | 12/13/93 | 3/18/94 |
| | | | 953-0054629-8 | 12/17/93 | 3/25/94 |
| | | | 953-0054630-6 | 12/17/93 | 3/25/94 |
| | | | 953-0054638-9 | 12/20/93 | 3/25/94 |
| | | | 953-0054644-7 | 12/21/93 | 3/25/94 |
| | | | 953-0054645-4 | 12/22/93 | 3/25/94 |
| | | | 953-0054651-2 | 12/22/93 | 3/25/94 |
| | | | 953-0054653-8 | 12/23/93 | 4/1/94 |
| | | | 953-0054659-5 | 12/23/93 | 4/1/94 |
| | | | 953-0054661-1 | 12/23/93 | 4/1/94 |
| | | | 953-0054662-9 | 12/23/93 | 4/1/94 |
| | | | 953-0055625-5 | 12/27/93 | 4/1/94 |
| | | | 953-0055629-7 | 12/27/93 | 4/1/94 |
| | | | 953-0055647-9 | 12/30/93 | 4/1/94 |
| | | | 953-0055657-8 | 1/4/94 | 4/8/94 |
| | | | 953-0055660-2 | 1/4/94 | 4/8/94 |
| | | | 953-0055674-3 | 1/6/94 | 4/15/94 |
| | | | 953-0055677-6 | 1/7/94 | 4/15/94 |
| | | | 953-0055691-7 | 1/10/94 | 4/15/94 |
| | | | 953-0055700-6 | 1/13/94 | 4/15/94 |
| | | | 953-0055651-1 | 1/4/94 | 4/8/94 |
| | | | 953-0055664-4 | 1/5/94 | 4/8/94 |
| | | | 953-0055665-1 | 1/5/94 | 4/8/94 |

29

# UNITED STATES COURT OF INTERNATIONAL TRADE

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**

State specifically the Decision [as Described in 19 U.S.C. §1514(a)] and the Protest Claim: Customs' refusal to reliquidate entries, pursuant to timely-filed requests to reliquidate filed under authority of 19 USC 1520(c)(1), to correct an acknowledged error in classification which was adverse to the importer.

**The issue which was common to all such denied protests:** Whether Customs correctly denied Plaintiff's requests for reliquidation to correct tariff classification errors made upon entry and upon liquidation because of a mistake of fact, or other inadvertence not amounting to an error in the construction of a law, resulting in duty overpayments.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

Nov. 15/996
_____
Date



IN ACCORDANCE WITH THE PROVISIONS OF RULE 11, A COPY IS FILED SEPARATELY AS OF THE DATE OF MAILING. TO WIT: 11-15-96