# UNITED STATES COURT OF INTERNATIONAL TRADE

(170)

| 96-11-02597 | 28 U.S.C. 1581(a) | |
|---|---|---|
| Docket Number | Jurisdiction | Judge |

## Short Title

G-M Sales Co., Inc.          V.     United States

## Administrative Investigation Information

Limes

Government Agency:  Treasury (x)   I.T.C. ( )   D.O.C. ( )   D.O.L. ( )   Other ( )

Fee Paid $120.00  Receipt No. 2839        Date  11-20-96        Jury Demand ( )

## Title

G-M Sales Co., Inc.

PLAINTIFF(S)

v.

United States

DEFENDANT(S)

DS-1A ( 4-1  2M)

| Attorneys | |
|---|---|
| Plaintiff(s) | Defendant(s) |
| Robert T. Givens<br>Givens and Associates<br>950 Echo Lane, Ste 360<br>Houston, TX 77024-2788<br>(713) 932-1540 | Amy Rubin<br>International Trade Field Office<br>Commercial Litigation Branch<br>Department of Justice<br>26 Federal Plaza<br>New York, NY 10278<br>(212) 264-9230 |

| 96-11-02597 | G-M Sales Co., Inc. |
|---|---|
| Docket Number | Plaintiff |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (1) To Wit Nov 15/96 | Summons filed. | sg |
| (2) To Wit June 1/98 | Complaint filed. | rr |
| (3) July 29/98 | Deft filed consent motion for EOT to respond to complaint until Sept 4/98. | rr |
| (4) July 30/98 | Deft's consent motion for EOT to respond to complaint until Sept 4/98 GRANTED. | rr |
| (5N) To Wit Sep 2/98 | Pltf filed consent motion for designation of test case and motion for suspension of additional cases W/96-11-02568. | tb |
| (6n) Mar 29/01 | ORDERED: Pursuant to USCIT R. 85(a) a Suspension Disposition Calendar is established. (2) That counsel shall confer with the Clerk's Office no later than 4-16-01 regarding the results of their settlement efforts. (3) That this action shall remain on this SDC until 6-29-01. (4) If counsel fail to remove this action from the SDC by the close of business on 6-29-01, then the Clerk shall bring the matter to the attention of the Court for further disposition. W/96-11-02569. | st 3/29 |
| (7) To wit Jun 26/01 | Pltf's. demand for an answer | mt |
| (8) Sep 24/01 | Pltf;s motion to enter judgment pursuant to test case findings. | mt |
| (9) Aug 31/01 | Answer filed. | ss 9/4 |
| (10) Sep 24/01 | Pltf's. motion to abate discovery. | mt 10/5 |

DS-2 (7/92 2M)